JS-6

FILED
CLERK, U.S. DISTRICT COURT
10/28/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC SAIAS,<br><br>         Plaintiff,<br><br>       v.<br><br>CLAREMONT UNIFIED SCHOOL DISTRICT,<br><br>         Defendant. | Case No. CV 18-10652 FMO (PJWx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the Magistrate Judge's Order of October 22, 2019, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Dated this 28th day of October, 2019.

                                                            /s/
                                           Fernando M. Olguin
                                       United States District Judge